**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                     January 7, 2014
Courtroom Deputy:         J. Chris Smith
FTR Technician:           Kathy Terasaki

___

Civil Action No. 12-cv-02905-RPM

MARIELLA PALMER,                                        Scott F. Reese
                                                        Elwyn F. Schaefer
         Plaintiff,

v.

ALVAREZ & ASSOCIATES, LLC.,                             Darren Nadel

         Defendant.

___

**COURTROOM MINUTES**
___

**Hearing on Pending Motions**

**2:26 p.m.        Court in session.**

Plaintiff present.

Court's preliminary remarks and states its summary of the case facts and claims.

Argument by Mr. Nadel.

**ORDERED:    Defendant's Motion for Summary Judgment [22], is denied.**

Argument by Mr. Reese [21].

**ORDERED:    Plaintiff's Motion to Compel [21], is denied. Claims limited to the two contracts identified in the Complaint.**

Argument by Mr. Reese [25].

**ORDERED:    Defendant's Motion Under Fed.R.Civ.P. 37 to Strike Plaintiff's Untimely Supplemental Disclosures [25], is granted in part and denied in part as stated on record.**

**ORDERED:    Pretrial conference set March 14, 2014 at 2:00 p.m.**

**2:50 p.m.        Court in recess.**   Hearing concluded. Total time: 24 min.