IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02905-RPM

MARIELLA PALMER,

    Plaintiff,

v.

ALVAREZ & ASSOCIATES, LLC,

    Defendant.
_____

ORDER VACATING PRETRIAL CONFERENCE AND FOR STATUS REPORT
_____

    Upon review of the joint motion to continue the March 6, 2014, pretrial order deadline and the March 14, 2014, pretrial conference for the purpose of settlement negotiations [34], it is

    ORDERED that the motion is granted.  It is

    FURTHER ORDERED that counsel shall file a status report on or before April 14, 2014.

    Dated: February 19th, 2014

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge