# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:              June 4, 2014
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 12-cv-02905-RPM

MARIELLA PALMER,                                       Scott F. Reese
                                                       Elwyn F. Schaefer
        Plaintiff,

v.

ALVAREZ & ASSOCIATES, LLC.,                            Darren Nadel
                                                       Michelle L. Gomez
        Defendant.
_____

## COURTROOM MINUTES
_____

**Pretrial Conference**

**10:58 a.m.**       **Court in session.**

Discussion regarding the Colorado Wage Act.
Mr. Reese states plaintiff is pursuing a wage act claim and argues its applicability with respect to the breach of contract and covenant of good faith and fair dealing claims.

Discussion regarding case facts.
Ms. Gomez explains billing process (invoice (Boice-Vion) to Alvarez to D.O.D/V.A.).

**ORDERED:**   **Plaintiff's Motion for Sanctions [40], is denied.**

Discussion regarding discovery.
Court instructs counsel to take the deposition of Mr. Boice and for defendant to disclose all documents with respect to the two government contracts (D.O.D. and V.A.), prior to the setting of the deposition.

**Counsel to contact chambers when case is ready to set a pretrial conference.**

**11:08 a.m.**       **Court in recess.**

Hearing concluded.  Total time: 12 min.