IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02905-RPM

MARIELLA PALMER,

    Plaintiff,

v.

ALVAREZ & ASSOCIATES, LLC,

    Defendant.

_____

ORDER FOR STATUS REPORT
_____

    At the June 4, 2014, conference, this Court ordered counsel to contact chambers to reschedule a pretrial conference. Nothing further has been filed and it is now

    ORDERED that counsel shall file a status report on or before September 18, 2014.

    Dated: September 8th, 2014

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge