IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02905-RPM

MARIELLA PALMER,

 Plaintiff,

v.

ALVAREZ & ASSOCIATES, LLC,

 Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

  Pursuant to the Joint Status Report [47] filed September 18, 2014, it is

  ORDERED that a pretrial conference is scheduled for **November 7, 2014, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx . The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **October 30, 2014.**  The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.

  Dated:  September 19th, 2014

           BY THE COURT:

            s/Richard P. Matsch
           _____
           Richard P. Matsch, Senior District Judge