IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

```
FILED
UNITED STATES DISTRICT COURT
    DENVER, COLORADO

   DEC 0 3 2014

JEFFREY P. COLWELL
              CLERK
```

Civil Action No.  12-cv-02905-RPM

MARIELLA PALMER,

    Plaintiff,

v.

ALVAREZ & ASSOCIATES, LLC,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial/hearing which began on December 4, 2012, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 3rd day of December, 2014.

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge

APPROVED AS TO FORM:

_____    _____
Attorney for Plaintiff                                       Attorney for Defendants