IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02905-RPM

MARIELLA PALMER,

 Plaintiff,

v.

ALVAREZ & ASSOCIATES, LLC,

 Defendant.

_____

ORDER OF DISMISSAL
_____

 Pursuant to the Stipulation to Dismiss the Action with Prejudice [58] filed January 2, 2015, it is

 ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

 Dated: January 5th, 2014

             BY THE COURT:

             s/Richard P. Matsch

             _____
             Richard P. Matsch, Senior District Judge